*E-Filed 7/20/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK MARTINEZ, | No. C 11-02938 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $350.00, within 30 days, or face dismissal of the action. More than 30 days have passed and plaintiff has not paid the filing fee or filed an IFP application. Plaintiff also has failed to comply with the Court's order to file a complaint within 30 days. Accordingly, the action is DISMISSED without prejudice to plaintiff (1) filing a complaint, **and** (2) paying the filing fee or filing a properly completed IFP application. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: July 19, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-02938 RS (PR)
ORDER OF DISMISSAL